✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         OHIO

ALFORD B. COTTON, et al.,

      Plaintiffs,                          **JUDGMENT IN A CIVIL CASE**

        V.

CITY OF CINCINNATI, et al.,                     Case Number:  1:11-cv-00389

      Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

...the Court DENIES Plaintiffs' Motion for Entry of Default Judgment Against Defendants Equipment Maintenance, Inc., and EMR Unlimited, Ltd. (doc. 16), and DISMISSES this matter from the docket.

        1/6/2012                                    JAMES BONINI, CLERK

Date                                              Clerk

                                             s/Kevin Moser

                                           (By) Deputy Clerk